# Court of Appeals
# of the State of Georgia

ATLANTA, February 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0913. FRANK BERMAN v. THE STATE.**

Frank Berman was convicted of two counts of child molestation and one count of aggravated child molestation, and his convictions were affirmed on appeal. See *Berman v. State*, Case No. A13A1437 (decided October 31, 2013). After the case was remanded, Berman filed a "Motion to Set-Aside a Void Judgment," claiming that the indictment was flawed and he received ineffective assistance of counsel. The trial court denied the motion, and Berman appeals.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying or dismissing such a motion must be dismissed. See *Harper*, supra; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Berman is not authorized to collaterally attack his conviction in this manner, this appeal is subject to dismissal. See *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , Clerk.